IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASMINE ZUBER**, *Plaintiff*, v. **REPUBLIC FIRST BANCORP INC. d/b/a REPUBLIC BANK, et al.**, *Defendant*. | CIVIL ACTION NO. 23-991 |

## ORDER RE: SUMMARY JUDGMENT

**AND NOW**, this 17th day of December, 2024, for the reasons stated in the foregoing Memorandum it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-991 Zuber v Republic FIrst Bancorp\23-2502 MSJ Order.docx